# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ziad Akl, MD )
)
    Plaintiff, )
)
v. )    Civil Action No. 08-0461 (RBW)
)
HONORABLE MICHAEL LEAVITT, )
)
    Defendant. )
_____)

**RECEIVED**
APR 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Ziad Akl, hereby declare that on the 18th day of March, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the United States Attorney General. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 03-24-08

1. Article Addressed to:

US Attorney General
950 Pennsylvania Ave NW
Washington DC 20530

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Ziad Akl, M.D., F.A.C.P., *pro se*
10410 Glen Road
Potomac, MD 20854
Phone: (703) 981-3492