# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ziad Akl, MD )
)
    Plaintiff, )
)
v. ) Civil Action No. 08-0461 (RBW)
)
HONORABLE MICHAEL LEAVITT, )
)
    Defendant. )
)

**RECEIVED**
APR 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Ziad Akl, hereby declare that on the 18th day of March, 2008, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the Honorable Michael Leavitt. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) [illegible]  C. Date of Delivery 3-24-08 |
| 1. Article Addressed to:<br>HON. MICHAEL LEAVITT<br>US Dept of Health Human Services<br>c/o Office of General Counsel<br>200 Independence Ave. SW<br>Rm 713-F<br>Washington DC 20201 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

[signature]
Ziad Akl, M.D., F.A.C.P., *pro se*
10410 Glen Road
Potomac, MD 20854
Phone: (703) 981-3492