# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ziad Akl, MD                )
                            )
    Plaintiff,             )
                            )
v.                          )  Civil Action No. 08-0461 (RBW)
                            )
HONORABLE MICHAEL LEAVITT,  )
                            )
    Defendant.             )
_____)

**RECEIVED**

MAY 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Ziad Akl, hereby declare that on the 4th day of May, 2008, I mailed a copy of the summons, complaint and first amended comlaint, certified mail return receipt requested, to the United States Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) MAY 0 5 2008  C. Date of Delivery |
| 1. Article Addressed to:<br>US Attorney for DC<br>555 4th St. NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No<br>3. Service Type  ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  (Transfer from service label) | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

_[signature]_
Ziad Akl, M.D., F.A.C.P., *pro se*
10410 Glen Road
Potomac, MD 20854