UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIAD AKL, MD,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL LEAVITT,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) Case Number: 1:08CV00461(RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant in the above-captioned matter.

Respectfully submitted,

       /s/      Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2008, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Dr. Ziad Akl
10410 Glen Road
Potomac, MD 20854

       /s/   Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114