# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZIAD AKL, MD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case Number: 1:08CV00461(RBW) |
| MICHAEL LEAVITT, | ) ) ) |
| Defendant. | ) ) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Michael Leavitt, through undersigned counsel, hereby respectfully moves for an enlargement of time of 25 days, up to and including August 1, 2008, in which to move, answer or otherwise respond to Plaintiff's complaint. Defendants' response would otherwise be due July 7, 2008. In accordance with Local Rule 7(m), counsel for Defendant contacted the Plaintiff to request his position on this motion, and Plaintiff consents to the requested enlargement of time.

Plaintiff Dr. Akl filed this action pursuant to the Privacy Act. The complaint alleges that Defendant has failed to maintain accurate records regarding him, and has refused to amend those records. The records at issue allegedly appear in the National Practitioners' Data Bank.

To prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with agency counsel at the Department of Health and Human Services concerning the factual allegations raised in Plaintiff's complaint. The undersigned has made a good faith effort to obtain the relevant information in advance of the deadline for responding to the complaint, and to complete her review of the applicable law. However, the undersigned needs additional time to

research and prepare Defendant' responsive pleading. Defendant seeks a 25 day enlargement, rather than a shorter enlargement, because counsel for Defendant will be out of the office for trial advocacy training July 14 through July 24, 2008.

Defendant has not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendant an additional 25 days to answer Plaintiff's Complaint should cause no prejudice.

Dated: July 3, 2008					Respectfully submitted,

        /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        /s/
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2008, I caused the foregoing Motion to be filed via the Court's Electronic Case Filing system, and to be served upon pro se plaintiff by first-class mail, postage prepaid, addressed as follows:

       /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                              )
ZIAD AKL, MD,                                 )
                                              )
       Plaintiff,                           )
                                              )
v.                                            )   Case Number:  1:08CV00461(RBW)
                                              )
MICHAEL LEAVITT,                              )
                                              )
                                              )
       Defendant.                          )
_____)

## ORDER

Upon consideration of Defendant's Consent Motion for Enlargement of Time, it is this _____ day of _____, 2008,

ORDERED that Defendant's motion be and hereby is GRANTED.

It is further ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before August 1, 2008.

SO ORDERED

_____
United States District Judge