# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
AUG 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Ziad Akl, MD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0461 (RBW) |
| ) | |
| HONORABLE MICHAEL LEAVITT, ) | |
| SECRETARY OF THE UNITED STATES ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Plaintiff Ziad Akl, *pro se*, hereby respectfully moves this Court for an extension of time to respond to Defendant's motion to dismiss or in the alternative for summary judgment (the 'Motion').

Defendant filed his Motion on August 1, 2008 and caused it to be served on Plaintiff by US mail. Consequently, Plaintiff's response is due August 15. Plaintiff will be traveling from August 3 through August 10 for a family emergency; further, the motion is one to dismiss and in the alternative for summary judgment, which requires additional preparation on the part of *pro se* Plaintiff. Defendant has agreed to an extension of time to respond until August 29, 2008.

WHEREFORE, Plaintiff respectfully requests that the Court grant him an extension of time to respond to the Motion until August 29, 2008.

Date: August 5, 2008                                   Respectfully submitted,

Ziad Akl, M.D., F.A.C.P., *pro se*
10410 Glen Road
Potomac, MD 20854
Phone: (703) 981-3492
*Pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2008, I mailed a copy of the foregoing to:

ROBIN M. MERIWEATHER,
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530

Ziad Aki, M.D., F.A.C.P.
10410 Glen Road
Potomac, MD 20854
Phone: (703) 981-3492
*Pro se*